THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Robert Galante, Appellant.
 
 
 

Appeal From Horry County
 Steven H. John, Circuit Court Judge

Unpublished Opinion No. 2006-UP-183
Submitted April 1, 2006  Filed April 6, 2006    

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Tara S. Taggart, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor John Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM: Robert Galante appeals his conviction for first degree burglary.  Galante argues the trial judge erred in allowing an in-court identification following an allegedly suggestive photographic lineup procedure.  After a thorough review of the record and briefs pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Galantes appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.[1]
GOOLSBY, HUFF, and STILWELL, JJ., concur. 

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.